UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re )
)
Jean C. Poitevien, ) Case No. 6-09-bk-07978-KSJ
) Chapter 13
)
Debtors. )
)

## ORDER DENYING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration upon the Motion for Payment of Unclaimed Funds filed by Jean Poitevien on June 1, 2010. The Motion fails to fulfill the requirements of 28 U.S.C. §2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follow:

☒ Lack of proof of service upon the United States Attorney, Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

☒ The last four digits of the Social Security Number or Employer Identification Number were not provided.

☒ The individual claimant has failed to provide proof of identity by way of a copy of the claimant's driver's license.

☐ The claimant has failed to provide the name, address and telephone number and explain the right to the unclaimed funds.

☐ The funds locator has failed to provide evidence of proper authority to obtain funds.

☐ The motion was filed electronically. Motions for payment of unclaimed funds must be filed manually with the Court and must contain the required original signatures.

☒ The motion requests that funds be paid to the debtor. Funds can only be disbursed to the creditor of record.

☐ An order was entered on (date) that disbursed the funds to (claimant).

Therefore, the Motion for Payment of Unclaimed Funds is hereby denied.

DONE AND ORDERED on _____June 10, 2010_____.

Karen S. Jennemann
United States Bankruptcy Judge

Copies furnished to:

Claimant

Financial Administrator

United States Attorney, Attn: Civil Process Clerk, 400 N. Tampa Street, Tampa, FL 33602